UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN BRIER, et al.,

    Plaintiffs,

v.                      CASE NO. 3:16cv142-MCR-CJK

KEITH DE CAY,

    Defendant.
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 19, 2018. ECF No. 62. The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.	Plaintiffs' Renewed Motion to Determine Amount of Attorneys' Fees and Costs, ECF No. 60, is DENIED without prejudice.

3.	Plaintiffs shall have a final opportunity to file a motion in compliance with the Court's Local Rules within 14 days of the date of this Order. Should Plaintiffs fail to timely comply, their motion will be denied with prejudice.

**DONE AND ORDERED** this 22nd day of January 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**