# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JOHN BRIER, et al.,**

    **Plaintiffs,**

v.                                         **CASE NO. 3:16cv142-MCR-CJK**

**KEITH DE CAY,**

    **Defendant.**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 21, 2019. ECF No. 71. The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiffs are entitled to recover from defendant $73,815.00 in attorneys' fees and $400.00 in costs.

3. Defendant shall remit the above amounts to plaintiffs, through plaintiffs' counsel, within 30 days of the date of this Order.

4. The Clerk shall close the file for administrative purposes and, upon the expiration of sixty (60) days without activity, close the case in its entirety for all purposes.

**DONE AND ORDERED** this 25th day of March 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**